UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL LEE MAXSON, II,

       Petitioner                           CASE NO. 06-CV-15191

-vs-                                              PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

GERALD HOFBAUER,

       Respondent.
_____/

## ORDER DENYING PETITIONER'S EX PARTE APPLICATION TO FILE SUPPLEMENTAL BRIEF IN EXCESS OF THE PAGE LIMIT

Before the Court is Petitioner's January 7, 2008 ex parte Application to File a Supplemental Brief Longer Than Twenty Pages. (Doc. No. 15). At that time, Petitioner also filed a proposed forty-two page supplemental brief. Having considered Petitioner's request under E.D. Mich. L. R. 7.1(c)(3)(A), the Court **DENIES** the application. The Court **ORDERS** that Petitioner file his supplemental brief within the twenty-page limit within fourteen (14) days of this Order.

**SO ORDERED.**

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: January 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 11, 2008.

                                                s/Denise Goodine
                                                Case Manager